JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| THOMAS JOSEPH CONNORS, | ) Case No. SACV 09-0610-VAP (DTB) |
|---|---|
| Petitioner, | ) |
| vs. | ) **JUDGMENT** |
| JOHN MARSHALL, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that respondent's Motion to Dismiss is granted, the Petition is denied and this action is dismissed with prejudice.

DATED: April 20, 2010

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE